IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SALT AND LIGHT ENERGY EQUIPMENT, LLC, | § § § | |
| Plaintiff/Counter-Defendant, | § § | Civil Action No.: 3:22-cv-00654-N |
| v. | § § | |
| ORIGIN BANCORP, INC., DBA ORIGIN BANK, | § § § | |
| Defendant/Counter-Plaintiff, | § § | |
| v. | § § | |
| DENISE MUDIGERE and SHAWN MUDIGERE, | § § § | |
| Counter-Defendants. | § | |

**ORIGIN BANK'S MOTION TO EXCLUDE**
**EXPERT TESTIMONY OF JASON KOONTZ**

Defendant/Counter-Plaintiff Origin Bancorp, Inc., d/b/a Origin Bank ("Origin"), by and through its undersigned counsel, respectfully moves to exclude the expert testimony of Jason Koontz under Federal Rules of Evidence 702 and 703. The grounds for this Motion are set forth in in greater detail in Origin's accompanying Brief, which is being filed with this Motion.

Dated: September 8, 2023

Respectfully submitted,

*/s/ Mazin A. Sbaiti*
**Mazin A. Sbaiti**
Texas Bar No. 24058096
mas@sbaitilaw.com
**Brad J. Robinson**
Texas Bar No. 24058076
bjr@sbaitilaw.com
**Griffin S. Rubin**
Texas Bar No. 24121809
gsr@sbaitilaw.com
**SBAITI & COMPANY PLLC**
Dallas Arts Tower
2200 Ross Ave., Suite 4900W
Dallas, Texas 75201
T: (214) 432-2899
F: (214) 853-4367

**ATTORNEYS FOR DEFENDANT**